AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FERRILL JOSEPH VOLPICELLI,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00160-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. **IT IS FURTHER ORDERED AND ADJUDGED** that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.


  8/11/2011                                         **LANCE S. WILSON**
                                                           Clerk


                                                             /s/ P. McDonald
                                                               Deputy Clerk